USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONDINA JUANES,

Plaintiff,

-against-

GJ KBBQ CORP., and JOHN SHIM,

Defendants.

26 Civ. 2647 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On July 29, 2026, the Court ordered Plaintiff to indicate whether Defendants consent to Plaintiff's proposed transfer by August 3, 2026. ECF No. 11. That deadline has now passed. Accordingly, by **August 12, 2026**, Plaintiff shall indicate whether Defendants consent to the requested transfer.

SO ORDERED.

Dated: August 5, 2026
New York, New York

ANALISA TORRES
United States District Judge