UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/2026

ONDINA JUANES,

Plaintiff,

-against-

GJ KBBQ CORP., and JOHN SHIM,

Defendants.

26 Civ. 2647 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On July 27, 2026, Plaintiff moved to transfer venue to the Eastern District of New York, Central Islip Division, because Defendants' business is located in Stony Brook, New York. *See* ECF No. 10. Plaintiff reports that Defendants, who have not appeared, consent to the transfer. *See* ECF No. 13. Based on Plaintiff's representation, the Court concludes that venue is proper in the Eastern District of New York pursuant to 28 U.S.C. § 1391(a) and § 1391(b).

Accordingly, the Clerk of Court is respectfully directed to terminate the motion at ECF No. 10 and TRANSFER this case to the District Court for the Eastern District of New York, Central Islip Division.

SO ORDERED.

Dated: August 11, 2026
New York, New York

ANALISA TORRES
United States District Judge